

**RECEIVABLES MANAGEMENT SYSTEMS**

1807 Huguenot Road, Suite 108 • Post Office Box 73810 • North Chesterfield, Virginia 23235
804.353.9300 • Fax 804.353.2685 • www.rmscollect.com

May 21, 2019

Re: Chapter 13 Bankruptcy Case 19-12039-JKF

Greetings,

Regarding Bankruptcy Case 19-12039-JKF I officially withdraw Proof of Claim #5 filed on May 20th 2019 on behalf of Patient First c/o Receivables Management Systems.

Sincerely,

*Colleen C Atkinson*

Colleen C. Atkinson (aka Colleen Hoskins)