# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| RHAKEEM FAVORS | : | CASE NO: 19-12039 |
| Debtor | : | |

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §§ 1325(a)(8) and (a)(9)

I, hereby certify as follows in connection with the confirmation hearing in the above case:

1.   The above-named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2.   The above-named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308.

3.   If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**[to be executed by counsel for the Debtor(s) or the Debtors(s)]**

Dated:

_____
ALFONSO MADRID, ESQ.
Attorney for Debtor

Dated: 5-10-19

_____
Debtor

Dated:

_____
Debtor