Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-12039-AMC

RHAKEEM FAVORS  
1144 E SANGER ST.  
PHILADELPHIA  PA    19124

Petition Filed Date: 04/01/2019  
341 Hearing Date: 05/10/2019  
Confirmation Date: 08/28/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/11/2019 | $392.00 | 25824992242 | 07/08/2019 | $398.00 | 25938422133 | 07/30/2019 | $400.00 | 25824970585 |
| 09/04/2019 | $400.00 | 26009911056 | 10/07/2019 | $400.00 | 26230450465 | 11/05/2019 | $400.00 | 26230459770 |
| 12/04/2019 | $400.00 | 26191570173 | 01/15/2020 | $400.00 | 26425134292 | 02/24/2020 | $400.00 | 26252793000 |
| 03/24/2020 | $400.00 | 26579603610 | 04/16/2020 | $400.00 | 26214871871 | 04/29/2020 | $400.00 | 26579623206 |
| 06/05/2020 | $400.00 | 26329998510 | 07/09/2020 | $80.00 | 26611432198 | 07/09/2020 | $325.00 | 26611432187 |
| 07/30/2020 | $405.00 | 26611432907 | | | | | | |

**Total Receipts for the Period: $6,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | BAYVIEW LOAN SERVICING<br>»» 007 | Mortgage Arrears | $16,474.16 | $5,066.70 | $11,407.46 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $568.95 | $0.00 | $568.95 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PATIENT FIRST<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALFONSO MADRID ESQ<br>»» 009 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12039-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Current Monthly Payment: | $395.00 |
| Paid to Claims: | $5,066.70 | Arrearages: | $320.00 |
| Paid to Trustee: | $568.80 | Total Plan Base: | $23,700.00 |
| Funds on Hand: | $364.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.