| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12039-AMC**

RHAKEEM FAVORS
1144 E SANGER ST.
PHILADELPHIA  PA    19124

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/10/2019
Confirmation Date: 08/28/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $400.00 | 26425134292 | 02/24/2020 | $400.00 | 26252793000 | 03/24/2020 | $400.00 | 26579603610 |
| 04/16/2020 | $400.00 | 26214871871 | 04/29/2020 | $400.00 | 26579623206 | 06/05/2020 | $400.00 | 26329998510 |
| 07/09/2020 | $80.00 | 26611432198 | 07/09/2020 | $325.00 | 26611432187 | 07/30/2020 | $405.00 | 26611432907 |
| 08/26/2020 | $405.00 | 26874325642 | 09/22/2020 | $405.00 | 26732347200 | 11/05/2020 | $405.00 | 26874338657 |
| 12/09/2020 | $405.00 | 26874342843 | 01/12/2021 | $405.00 | 26874341921 | 01/25/2021 | $405.00 | 26611438825 |
| 03/04/2021 | $405.00 | 27093231077 | 03/23/2021 | $450.00 | 27093234148 | 04/21/2021 | $405.00 | 27198065643 |
| 05/21/2021 | $405.00 | 27198075723 | | | | | | |

**Total Receipts for the Period: $7,305.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,095.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | COMMUNITY LOAN SERVICING LLC »» 007 | Mortgage Arrears | $16,474.16 | $9,203.10 | $7,271.06 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »» 004 | Unsecured Creditors | $568.95 | $0.00 | $568.95 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PATIENT FIRST »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALFONSO G MADRID ESQ »» 009 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12039-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,095.00 | Current Monthly Payment: | $395.00 |
| Paid to Claims: | $9,203.10 | Arrearages: | $175.00 |
| Paid to Trustee: | $891.90 | Total Plan Base: | $23,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.