| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12039-AMC

RHAKEEM FAVORS
1144 E SANGER ST.
PHILADELPHIA  PA    19124

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/10/2019
Confirmation Date: 08/28/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | $405.00 | 27198065643 | 05/21/2021 | $405.00 | 27198075723 | 06/22/2021 | $405.00 | 27198092981 |
| 08/03/2021 | $407.00 | 27513508465 | 08/31/2021 | $407.00 | 27513517375 | 10/06/2021 | $407.00 | 27513531955 |
| 11/08/2021 | $407.00 | 27552785591 | 12/09/2021 | $407.00 | 27722859041 | 01/27/2022 | $407.00 | 27722865936 |
| 03/10/2022 | $407.00 | 27817653093 | 03/11/2022 | $407.00 | 27687893490 | 04/06/2022 | $407.00 | 27817686000 |
| 05/12/2022 | $407.00 | 28013340227 | 06/02/2022 | $407.00 | 28157729005 | 06/30/2022 | $407.00 | 28244806817 |
| 08/03/2022 | $407.00 | 28005665580 | | | | | | |

**Total Receipts for the Period: $6,506.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,791.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | COMMUNITY LOAN SERVICING LLC<br>»» 007 | Mortgage Arrears | $16,474.16 | $13,670.16 | $2,804.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $568.95 | $0.00 | $568.95 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PATIENT FIRST<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALFONSO G MADRID ESQ<br>»» 009 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12039-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,791.00 | Current Monthly Payment: | $395.00 |
| Paid to Claims: | $13,670.16 | Arrearages: | $9.00 |
| Paid to Trustee: | $1,371.96 | Total Plan Base: | $23,700.00 |
| Funds on Hand: | $748.88 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.